IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Lawrence Tang Ma – #265868

/

No. C 13-80184 WHA

**ORDER OF SUSPENSION**

    Because Lawrence Ma has failed to respond to the order to show cause, Mr. Ma's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated:   October 7, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE